**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEO WESTERFIELD, ) | NO. CV 08-05331 DSF (SS) |
| ) | |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MATTHEW KRAMER, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/24/09

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE